# AFFIDAVIT

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that the workers and their relatives are waiting for the plaintiff names on the complaint to burn us all.

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

## **Affidavit**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I have suffered insults, threatenings from the workers' wives (do not mess with us, we are going to cut your face, you will be sorry; my dog is limping because of them; they do not let my children to pay in the yard, they told me they will close the public passageway.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I have suffered insults, threats by the workers' wives by saying that they will threw stones on us and they will throw us away from the city

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

## AFFIDAVIT

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya, swearing under penalty of perjury that I am constantly receiving threats, insults, hoztilization and psychological abuse in front of my children, by neighbors who are relatives with the DOE RUN workers; they demand me to leave La Oroya, and say that because we are filthy our children have lead.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Nueva, swearing under penalty of perjury that I was insulted by workers and their relatives (Because we are involved in the complains, we are seen by everybody as trouble makers.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I have suffered insults, threats by the workers and their relatives (as soon as they learn the names of all plaintiffs, they will kill them all.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Nueva, swearing under penalty of perjury that I was insulted and threatened by the workers and their relatives (They hostilizice and discriminate us, they said they will not have job in the company, they defame with all our neighbors for filing the complaint and they blame us for the no-opening of the company.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I was threatened by the workers and their relatives (we are NPO. You will see the consequences, their wives screamed to us, and they said that the company closed because our fault .)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

## AFFIDAVIT

I, **REDACTED**, identified with **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I was threatened by the workers' wives (They said they will burn us and throw away from La Oroya, they said that because of us, their husbands do not work)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

## AFFIDAVIT

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I was threatened by the workers' wives, they insulted and threatened me, they said they will come to my house as soon as the learn plaintiffs' names

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Antigua, swearing under penalty of perjury that I psychologically abused by the workers' wives (they will lynch us and burn our houses.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Nueva, swearing under penalty of perjury that I was insulted by the workers' wives, they offended me (filthy, because of you the company is closed; this every time I have to pass by where they live.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**

**AFFIDAVIT**

I, **REDACTED**, identified with DNI **REDACTED**, residing at **REDACTED**, La Oroya Nueva, swearing under penalty of perjury that I was insulted and threatened by workers and their relatives (the wives screamed to us filthy,  if you ever get any monies is by lying, you will see.)

I state the same since I fear for my physical safety and life, as well as my family's safety.

Sworn on this 27th day of November of 2010

**REDACTED**

DNI **REDACTED**