CERTIFIED COPY No. 937   VIII DIRTEPOL –RPNPJ-SEINCRI-PNP-YLO.

THE PERSON IN CHARGE OF SEINCRI PNP-YAULI- LA OROYA

CERTIFIED

That, in the incidents log book for crimes, located at SEINCRI, there is one incident which its literal content is as follows:

"Report Nº 937, time 15:35, date: Dec. 23, 2010. REPORT FOR MATERIAL DAMAGES, SOT3-PNP ZACARIAS BARZOLA Antonio, by Police Statement N/N-VIII-DIRTEPOL-RPNPJ/SEINCRI-PNP-YLO. COUNTS: Matter. In reference with Police verification done at the office of the attorney LARRIEU LARRIE and the attorney Calmen del Solar located at the Asociación de Vivienda 9 de Octubre n/number, Marcavalle, YLO. Ref. Superior Order. 01. On this day and time, 15:00, José Picon Durand (31) showed up to SEINCRI-PNP-YLO, from Lima,  marital status: single, grade of instruction: superior, occupation: attorney, identified with DNI Nº 20120589, with residence at Jr. Cajamarca Nº 657, on behalf of the attorneys aforementioned sought a Police verification at the offices of the attorneys aforementioned, since there were material damages against the private assets and property. 02. Being present, the undersigned PNP, at said location, verified that the glasses of the window that access the street were broken (approx. 20 x 25cm), as well as glass debris were outside and inside of the dwelling (office), also, it was observed remaining pieces of paper outside, wherein information was given to the clients; having in consideration that inside, no object that caused the damage on the glass was found. 03. I accomplish the duty by given statement to my superior for law purposes, La Oroya, December 23, 2010. Signed the instructor- PNP SOT3-PNP ZACARIAS BARZOLA Antonio. Resolution: It is true original copy.

THE SAME IS ISSUED AS IT WAS SOUGHT BY THE INTERESTED PARTY

La Oroya, December 27, 2010

It is consistent                                                                 Instructor-PNP



POLICIA NACIONAL DEL PERU
VIII-DIRTEPOL HUANCAYO
REGION POLICIAL JUNIN
COMISARIA SECTORIAL LA OROYA
SEINCRI

<u>COPIA CERTIFICADA N° 958-VIII-DIRTETEPOL-RPJ-CS-YLO.</u>

EL ENCARGADO DE LA SECCION DE INVESTIGACION CRIMINAL DE LA COMISARIA SECTORIAL PNP-YLO, QUE SUSCRIBE

------------------------------------------ C E R T I F I C A: ------------------------------------------

Que, en el cuaderno de denuncias por delitos, que obra en esta SEINCRI, existe una cuyo tenor literal es como sigue:

"N° 958.- Hora: 12.35.- Fecha: 30DIC10.-.- En la hora y fecha anotados al margen se presento la persona de Juan José PICON DURAND (32), natural de Lima, soltero, Abogado, Superior, con DNI N° 20120589 y con domicilio en el Jr. Cajamarca N° 657-Hyo, quien con conocimiento del jefe de Unidad pone en conocimiento y refiere que el día 16NOV10 las oficinas ubicadas en la Asociación 9 de Octubre fue violentada con la rotura de ocho vidrios de la ventana que da hacia la calle; asimismo la información que se da fue destruida en su totalidad, presumiendo que estos hechos fueron ocasionados por los trabajadores de la Empresa DOE RUN PERU y sus familiares mas cercanos amenazando (30) familias amenazando de muerte a los vecinos para sacarlos o echarlos de los casos emblemáticos de la Oroya, significando que no hizo de conocimiento en su oportunidad por temor a las represalias. Lo que pone en conocimiento para los fines de ley.- Fdo. El Denunciante.- Fdo. El Instructor SOT3.PNP. A. ZACARIAS B.

RESOLUCION: Se expidió copia certificada.

--- SE EXPIDE LA PRESENTE A SOLICITUD DEL INTERESADO. ---

-------------------------------ES COPIA FIEL DE SU ORIGINAL-------------------------------

La Oroya, 30 de Diciembre del 2010.

ES CONFORME                                           EL INSTRUCTOR

OP-295771
FRANCISCO NAQUIRA CORNEJO                    CIP.: 31103038
Comandante PNP                                  Antonio C. Zacarías Barzola
COMISARIO SECTORIAL - LA OROYA                         SOT3. PNP

CERTIFIED COPY No. 958   VIII DIRTEPOL –RPJ-CS-YLO.

THE PERSON IN CHARGE OF THE CRIMINAL INVESTIGATION SECTION OF THE PRECINCT PNP-YAULI, SUBSCRIBES

CERTIFIED

That, in the incidents log book for crimes, located at SEINCRI, there is one incident which its literal content is as follows:

"N° 958, time 12:35, date: Dec. 30, 2010. At the time and date stated, Mr. Juan Jose Picon Durand (32) showed up, from Lima, single, attorney, superior (education), with DNI N° 20120589, and with residence at Jr. Cajamarca N° 657, Huancayo, taking knowledge by the Unit Chief, who informs and refers that on November 16, 2010, the office located at the Asociación 9 de Octubre, was broken, having eight broken window glasses, which were facing the street side; also, the information, that was given, was destroyed in its entirely, assuming that these facts were made by workers from Doe Run Peru company, and their immediate families, threatening (30) families; threatening the neighbors of killing them to take them out or through them out from La Oroya's emblematic cases; stating the he (Juan Picon) did not report it in his opportunity for fear to reprisals. This is submitted by him for law purposes. Signed by the applicant; signed by the Instructor SOT3 PNP A. ZACARIAS B.

Resolution:  It is issued a certified copy.

THE SAME IS ISSUED AS IT WAS SOUGHT BY THE INTERESTED PARTY

IT IS A TRUE ORIGINAL COPY

La Oroya, December 30, 2010

It is consistent                                              The instructor

POLICIA NACIONAL DEL PERU
VIII-DIRTEPOL HUANCAYO
REGION POLICIAL JUNIN
COMISARIA SECTORIAL LA OROYA
SEINCRI

# COPIA CERTIFICADA N° 937 - VIII-DIRTEPOL-RPNPJ-SEINCRI-PNP-YLO.

## EL ENCARGADO DE LA SEINCRI PNP YAULI LA OROYA.

**C E R T I F I C A:**

--- En el cuaderno de Ocurrencias de calle que obra en la sección de Investigación Criminal de la Comisaria-PNP YLO, existe una signada cuyo tenor literal es como sigue:-------------------------------------------------------

Nro de Denuncia 937 HORA 15.35 FECHA: 23DIC10 .CONSTATACION POR DAÑOS MATERIALES, El SOT3-PNP ZACARIAS BARZOLA Antonio mediante el Parte Policial S/N-VIII-DIRTEPOL-RPNPJ/ SEINCRI-PNP-YLO. DA CUENTA.- Asunto. Sobre constatación Policial efectuado en la oficina del abogado LARRIE U LARRIE y el abogado Calmen del Solar ubicado en la asociación de vivienda 9 de Octubre S/N Marcavalle YLO. REF Orden superior. 01.- El día de la fecha a horas 15.00 se hizo presente a esta SEINCRI-PNP-YLO. La persona José Picon Durand (31), natural de Lima, estado civil soltero, grado de instrucción superior ocupación abogado, identificado con DNI N° 20120589, domiciliado en el Jr. Cajamarca N° 657, en representación de los abogados antes mencionados solicitó una constatación Policial en las oficinas del abogado antes mencionado en vista de ocurrir daños materiales contra el patrimonio y propiedad privada 02.- Constituido el suscrito PNP a dicho lugar constató que en la ventana que da acceso a la calle se observa la rotura de un vidrio de aprox. 20 x 25cm. así como partículas de vidrios en la parte interior y afueras de la vivienda (oficina), asimismo se observa retazos de papel en la parte exterior donde se da información a los clientes teniendo en cuenta que en la parte interior no se encontró ningún objeto que haya ocasionado la rotura del vidrio 03.- es cuento cumplo con dar cuenta a la superioridad para los fines de ley, la Oroya, 23 de diciembre del 2010. FDO El instructor-PNP SOT3-PNP ZACARIAS BARZOLA Antonio. RESOLUCION.- Es copia fiel de su original

--- Se expide el presente a solicitud del interesado.

La Oroya, 27 de Diciembre del 2010.

ES CONFORME.                                              INSTRUCTOR-PNP.

OP 296771
FRANCISCO NAQUIRA CORNEJO
Comandante PNP
COMISARIO SECTORIAL - LA OROYA

SO 30251429
DOUGLAS CAMPOS GUTARRA
SO PNP

### CERTIFICATE OF ACCURACY

State of New York        :
                         :
Nassau County            :

I, Descire Mori, an employee at Parker, Waichman & Alonso LLP (6 Harbor Park Drive Port Washington, NY 11050) swear under penalty of perjury that I am fluent in both English and Spanish, and this is to certify that the attached certified copy of the incident report No. 937, dated December 27, 2010, originally written in Spanish, is to the best of my knowledge and belief, a true, accurate, and complete translation into English.

Dated: January 10, 2011

_Descire Mori_
Descire Mori

Sworn to and signed before me, this
10th day of January, 2011

_____
Notary Public

MONICA MORA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6180661
Qualified in Nassau County
My Commission Expires January 14, 2012

## CERTIFICATE OF ACCURACY

State of New York    :
                     :
Nassau County        :

I, Descire Mori, an employee at Parker, Waichman & Alonso LLP (6 Harbor Park Drive Port Washington, NY 11050) swear under penalty of perjury that I am fluent in both English and Spanish, and this is to certify that the attached certified copy of the incident report No. 958, dated December 30, 2010, originally written in Spanish, is to the best of my knowledge and belief, a true, accurate, and complete translation into English.

Dated: January 10, 2011

*Descire Mori*
Descire Mori

Sworn to and signed before me, this
10th day of January, 2011

_____
Notary Public

MONICA MORA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6180661
Qualified in Nassau County
My Commission Expires January 14, 2012







